U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 10 2019

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 242 |
| VS. | * | |
| | * | 2:19-cr-00119-01 |
| ROBERT HAMMAC, | * | Unassigned District Judge |
| Defendant | * | Magistrate Judge Kay |
| | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

### DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
### [18 U.S.C. § 242]

On or about May 8, 2017, in Calcasieu Parish in the Western District of Louisiana, the defendant, ROBERT HAMMAC, while acting under color of law as an officer of the Lake Charles Police Department, willfully deprived G.T. of the right, secured by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest.  The commission of this offense involved the use of a dangerous weapon (taser) and resulted in bodily injury.  All in violation of Title 18, United States Code, Section 242 [18 U.S.C. § 242].

A TRUE BILL

**REDACTED**

FOREPERSON: FEDERAL GRAND JURY

DAVID C. JOSEPH
UNITED STATES ATTORNEY

By: _____
JAMILLA A. BYNOG (Bar No. 32807)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
United States Department of Justice

By: _____
MARY J. HAHN (DC Bar No. 500193)
Trial Attorney
United States Department of Justice
Civil Rights Division, Criminal Section
601 D Street NW
Fifth Floor, Room 5200
Washington, DC 20004
(202) 305-0921