**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened at 4:42 p.m. on April 10, 2019, and recessed at 4:47 p.m.

PRESENT:    Carol B. Whitehurst, Magistrate Judge, Presiding
            Christina Chicola, Minute Clerk
            Recorded: Liberty Court Recorder CRM6
            Time in Court: 5 minutes

## GRAND JURY REPORT

 X   Partial Report
 X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 2:19-CR-00119-01 |  | X |

### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|

 X   Warrants/summons ordered issued as indicated.
 *   In Federal Custody
 **  Superseding Indictment
 *** State Custody