UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

RECEIVED
IN LAKE CHARLES, LA
APR 16 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA    CRIMINAL NO.

VERSUS    JUDGE

MAGISTRATE JUDGE

DEFENDANT'S REQUEST FOR APPOINTMENT OF COUNSEL

I, Robert D. Hammac, the above named defendant, state that I am financially unable to employ counsel, and therefore request the court to appoint counsel to represent me at every stage of this proceeding. I am attaching a Financial Affidavit in support of this request.

DATE: 4-11-2019

Defendant
Address: 1200 Marshall Smith Rd
Lucedale MS 39452
Phone: 337 796-1327