# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-cr-00119** |
| **VS.** | * | |
| **ROBERT HAMMAC** | * | **MAGISTRATE JUDGE KAY** |

### O R D E R

At the request of defendant [doc. 6] and on the basis of the evidence filed into the record [doc.7], the Court determines that the defendant is financially unable to afford counsel, and it is hereby

**ORDERED** that the office of the Federal Public Defender be and is hereby appointed to represent defendant. The office of the Federal Public Defender handling or administering this case is located at 102 Versailles Boulevard, Suite 816, Lafayette, LA 70501, and its telephone number is (337) 262-6336.

THUS DONE AND SIGNED in Chambers this 17th day of April, 2019.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE