UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**UNITED STATES OF AMERICA**              **CASE NO.  2:19-CR-00119-01**

**VERSUS**                                **UNASSIGNED DISTRICT JUDGE**

**ROBERT HAMMAC (01)**                    **MAGISTRATE JUDGE KAY**

**MINUTES OF COURT:**
Initial Appearance \ Arraignment

| Date: | April 25, 2019 | Presiding: Magistrate Judge Kathleen Kay | |
|---|---|---|---|
| Court Opened: | 11:25 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 11:37 AM | Court Reporter: | LCR |
| Statistical Time: | 12 Minutes | Courtroom: | Courtroom 3 |
| | | Probation Officer: | Clint Mitchell |

**APPEARANCES**

| Daniel Vermaelen standing in for Jamilla A Bynog (AUSA) | For | United States of America |
|---|---|---|
| Daniel Vermaelen standing in for Mary J Hahn (AUSA) | For | United States of America |
| Cristie Gautreaux Gibbens (AFPD) Robert Hammac (01), Defendant | For | Robert Hammac (01), Defendant (Released) |

**PROCEEDINGS**

Case called for **INITIAL APPEARANCE** on Indictment.
Defendant advised of charge, maximum penalties and rights.

Case called for **ARRAIGNMENT**.
Defendant acknowledged understanding of the charge, maximum penalties and rights.
Defendant **WAIVED** formal reading of the Indictment.
Defendant entered a plea of **NOT GUILTY** to Count 1 of the Indictment.

Cristie Gibbens of the Office of the Federal Public Defender was previously appointed to represent Defendant.

The Government did not request detention.  Defendant was released after processing by the U S Marshal, and after signing an Order Setting Conditions of Release and Appearance Bond.

A Scheduling Conference will be held **May 30, 2019 at 10:00 AM by telephone before Magistrate Judge Kathleen Kay.**