UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:19-cr-00119-01 |
| VERSUS | JUDGE |
| ROBERT HAMMAC | MAGISTRATE JUDGE KAY |

### DEFENDANT'S REQUEST FOR DISCOVERY

ROBERT HAMMAC, defendant herein, hereby requests that the United States disclose all matters listed in Paragraph (I)(a)(1) of the Criminal Pretrial Discovery Order, including subparagraphs (A) through (I).

>RESPECTFULLY SUBMITTED,
>REBECCA L. HUDSMITH
>FEDERAL PUBLIC DEFENDER FOR THE
>MIDDLE & WESTERN DISTRICTS OF LOUISIANA
>
>BY: **S/ CRISTIE GAUTREAUX GIBBENS**
>Louisiana Bar No. 24102
>Assistant Federal Public Defender
>102 Versailles Blvd., Suite 816
>Lafayette, Louisiana  70501
>(337)262-6336 (Phone)     (337)262-6605 (Fax)
>COUNSEL FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record via notice of electronic filing (NEF).

Lafayette, Louisiana, April 26, 2019.

>S/ CRISTIE GAUTREAUX GIBBENS