UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:19-cr-00119 |
| | * | |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| | * | |
| ROBERT HAMMAC | * | MAGISGTRATE JUDGE KAY |

## UNITED STATES' REQUEST FOR DISCOVERY

The United States of America hereby requests that the defendant disclose all matters listed in Paragraph I(B)(2) of the Pretrial Criminal Scheduling Order, including sub-paragraphs (a) and (b).

<u>April 26, 2019</u>         Respectfully submitted,
Date

                               DAVID C. JOSEPH
                               United States Attorney

                 By:    <u>/s/Jamilla A. Bynog</u>
                               JAMILLA A. BYNOG (Bar No. 32087)
                               Assistant United States Attorney
                               800 Lafayette Street, Suite 2200
                               Lafayette, LA 70501
                               Telephone: 337-262-6618

                               ERIC S. DREIBAND
                               Assistant Attorney General
                               Civil Rights Division
                               United States Department of Justice

                 By:    <u>/s/ Mary J. Hahn</u>
                               MARY J. HAHN (DC Bar No. 500193)
                               Trial Attorney
                               United States Department of Justice
                               Civil Rights Division, Criminal Section
                               601 D Street NW
                               Fifth Floor, Room 5200
                               Washington, DC 20004
                               (202) 305-0921