UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER: 2:19-cr-00119-01 |
| | * | |
| VS. | * | UNASSIGNED DISTRICT JUDGE |
| | * | |
| ROBERT HAMMAC | * | MAGISTRATE JUDGE KAY |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
OTHER ACTS EVIDENCE AGAINST DEFENDANT**

NOW INTO COURT comes the United States of America, through undersigned counsel, and respectfully provides notice that it may seek to introduce at trial, pursuant to Federal Rule of Evidence 404(b) and this Court's Pretrial Criminal Scheduling Order, evidence of other uncharged acts committed by Defendant Robert Hammac. The government reserves the right to amend and supplement this notice as the government develops additional evidence and/or makes decisions about evidence to introduce at trial. Specifically, the Government provides notice of the following:

1. On or about December 28, 2016, Defendant Hammac shot a pepperball gun at a homeless person sleeping behind the Goodwill in Lake Charles, Louisiana. Defendant Hammac stated, before he could see whether anyone engaged in activity that would warrant the use of the pepperball gun, that he intended to shoot at anyone who might be present behind the building. After shooting several rounds of the pepperball gun at the homeless man, Defendant Hammac

laughed. Defendant Hammac never reported this use of the pepperball gun. The defendant's prior use of unauthorized force (and his reaction to his unauthorized use of force) and his failure to document this use of force will be offered to prove willfulness (intent, knowledge, absence of mistake, lack of accident) with respect to Count One of the indictment.

Respectfully submitted this 9th day of May, 2019.

Respectfully submitted,

DAVID C. JOSEPH
UNITED STATES ATTORNEY

By: /s/Jamilla A. Bynog
JAMILLA A. BYNOG (Bar No. 32087)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
United States Department of Justice

By: /s/ Mary J. Hahn
MARY J. HAHN (DC Bar No. 500193)
Trial Attorney
United States Department of Justice
Civil Rights Division, Criminal Section
601 D Street NW
Fifth Floor, Room 5200
Washington, DC 20004
Telephone: (202) 305-0921