UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:19-cr-00119-01 |
| VERSUS | JUDGE |
| ROBERT HAMMAC | MAGISTRATE JUDGE KAY |

### WAIVER OF SPEEDY TRIAL ACT RIGHT

I, ROBERT HAMMAC, am the defendant in the proceedings bearing Criminal No. 2:19-cr-00119-01 on the criminal docket of this court. I have been fully informed and understand that I am entitled to a speedy trial pursuant to the provisions of the Speedy Trial Act and the Constitution of the United States.

I hereby expressly waive my right to a speedy trial secured by the Speedy Trial Act and the Constitution of the United States.

_____
ROBERT HAMMAC

May 20. 2019
DATE