UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:19-cr-00119 |
| | * | |
| vs. | * | JUDGE CAIN |
| | * | |
| ROBERT HAMMAC | * | MAGISTRATE JUDGE KAY |

### BILL OF INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

#### COUNT ONE

**Deprivation of Rights Under Color of Law**
**[18 U.S.C. § 242]**

On or about May 8, 2017, in Calcasieu Parish in the Western District of Louisiana, the defendant, ROBERT HAMMAC, while acting under color of law as an officer of the Lake Charles Police Department, willfully deprived G.T. of the right, secured by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest. Specifically, the defendant repeatedly punched G.T. in the head while G.T. was not presenting a threat to himself or any other person. The commission of this offense resulted in bodily

injury to G.T., all in violation of Title 18, United States Code, Section 242. [18 U.S.C. § 242].

        DAVID C. JOSEPH
        UNITED STATES ATTORNEY

        */s/ Jamilla Bynog*
        _____
        Jamilla Bynog, LA Bar # 32807
        Assistant United States Attorney
        800 Lafayette Street, Suite 2200
        Lafayette, LA 70501
        Telephone: (337) 262-6374