AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

RECEIVED
IN LAKE CHARLES, LA.

AUG 15 2019

TONY R. MOORE, CLERK
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:19-cr-00119 |
| Robert Hammac | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8-15-19

*Defendant's signature*

*Signature of defendant's attorney*

Cristie Gibbens, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

The Hon. James D. Cain, Jr., U.S. District Judge
*Judge's printed name and title*