UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**UNITED STATES OF AMERICA**            **CASE NO. 2:19-CR-00119-01**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**ROBERT HAMMAC (01)**                  **MAGISTRATE JUDGE KAY**

**MINUTES OF COURT:**
**Change of Plea Hearing**

| Date: | August 15, 2019 | Presiding: | Judge James D. Cain, Jr. |
| Court Opened: | 10:42 A.M. | Courtroom Deputy: | Tina Benoit |
| Court Adjourned: | 11:01 A.M. | Court Reporter: | D D Juranka |
| Statistical Time: | /19 | Courtroom: | CR4 |
| | | Probation Officer: | Clint Mitchell |

**APPEARANCES**

| Jamilla A Bynog  (AUSA); Mary J Hahn | For | United States of America |
| Cristie Gautreaux Gibbens  (AFPD) | For | Robert Hammac (01), Defendant (LOCATION RELEASE) |
| Robert Hammac (01) | | Defendant (LOCATION RELEASE) |

**PROCEEDINGS**

Indictment reading waived
Defendant advised of charges, maximum penalties and rights
Plea of guilty to count1 of the Bill of Information
Defendant under oath
Defendant advised of Rule 11 rights
Factual basis for the plea submitted
Defendant acknowledged understanding of the charge and the maximum penalty & rights
Plea of guilty accepted and judgment rendered

**FILINGS:**
Waiver of Indictment
Plea Agreement
Understanding of Maximum Penalty and Constitutional Rights
Stipulation in Support of Guilty Plea
Elements of the Offense

**RULINGS/COMMENTS:**   Presentence report ordered.  The **SENTENCING** is hereby set for Friday, November 14, 2019 at 10:00 a.m. in Lake Charles, LA before Judge James D. Cain Jr., Courtroom #4.

IT IS **ORDERED** that the defendant is hereby released pending sentencing.