**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:19-CR-00119-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ROBERT HAMMAC (01)** | **MAGISTRATE JUDGE KAY** |

**MINUTES OF COURT:**
Sentencing

| | | | |
|---|---|---|---|
| Date: | November 19, 2019 | Presiding: | Judge James D. Cain, Jr. |
| Court Opened: | 10:50 A.M. | Courtroom Deputy: | Tina Benoit |
| Court Adjourned: | 11:11 A.M. | Court Reporter: | D D Juranka |
| Statistical Time: | /21 | Courtroom: | CR4 |
| | | Probation Officer: | Kim Myers |

**APPEARANCES**

| | | |
|---|---|---|
| Jamilla A Bynog   (AUSA) | For | United States of America |
| Mary J Hahn | For | United States of America |
| Cristie Gautreaux Gibbens   (AFPD) | For | Robert Hammac (01), Defendant (LOCATION RELEASE) |
| Robert Hammac (01) | | Defendant (LOCATION RELEASE) |

**PROCEEDINGS**

Objections to the presentence report were resolved.

It is the judgment of the Court, that the Defendant, **ROBERT HAMMAC**, is hereby committed to the custody of the Bureau of Prisons for a term of 18 months as to Count 1 of the Bill of Information, with credit for time served in federal custody.  The sentence was selected after considering the factors contained in 18 USC § 3553(a), concerning the defendant's criminal history, personal characteristics, and his involvement in the instant offense, as well as any statutory minimum sentence.

Upon release from imprisonment, the defendant is to be placed on supervised release for a term of one year.

    While on supervised release, the defendant shall comply with the mandatory, standard and special conditions of supervision imposed.

    The Court is imposing no fine in this case due to defendant's lack of assets to pay a fine.

    It is **ORDERED** that the defendant pay to the United States a special assessment in the amount of $100.00.

    Defendant advised of appeal rights.

    Oral **MOTION** by the government to dismiss the original indictment.  Motion **GRANTED**.

    The defendant is to report for service of sentence at the institution designated by the Bureau of Prisons before 1:00 p.m. on January 6, 2020.